IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02199-WDM-KLM

KATHLEEN MILLER,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes notice of Plaintiff's Notice of Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 11, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge